IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOUIS RICARDO BUTLER                                                PETITIONER

v.                          No. 5:15-cv-285-DPM

WENDY KELLEY, Director of the
Arkansas Department of Correction                                   RESPONDENT

## JUDGMENT

Butler's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 September 2016